IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING DEFENDANT'S** |
| | ) | **MOTION TO CONTINUE TRIAL** |
| vs. | ) | |
| | ) | Case No. 3:18-cr-00054 |
| Steven Barros Pinto, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the Defendant's motion to continue trial filed on July 25, 2019. Doc. No. 289. The trial is scheduled to commence on October 1, 2019. Defense counsel requests a continuance for additional time to review discovery, further investigate, retain experts, and prepare for trial. The Defendant consents to the continuance and executed a written waiver acknowledging that the delay will be excluded from any calculation under the Speedy Trial Act. Doc. No. 291. The Government has no objection to the motion. Doc. No. 296.

The Court finds there is good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7)(A). See United States v. Lucas, 499 F.3d 769, 782-83 (8th Cir. 2007); United States v. Hohn, 8 F.3d 1301, 1305 (8th Cir. 1993); United States v. Driver, 945 F.2d 1410, 1414 (8th Cir. 1991). Accordingly, the Court **GRANTS** the motion (Doc. No. 289). Trial shall be rescheduled for Tuesday, April 7, 2020, at 9:30 a.m. in Fargo. A three (3) to four (4) week trial is anticipated. All time which elapses from the date of this order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

**IT IS SO ORDERED.**

Dated this 10th day of September, 2019.

*/s/ Peter D. Welte*
Peter D. Welte, District Judge
United States District Court