IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | No. 18-CR-00054-KES |
| ) | |
| STEVEN BARROS PINTO      ) | |

**<u>DEFENDANT'S MOTION TO CONTINUE TRIAL DATE</u>**

Now comes the undersigned counsel on behalf of the Defendant, Steven Barros Pinto, and requests this Honorable Court grant a continuance of the trial dates for the above numbered indictments. Presently, 18-CR-00054-KES is scheduled for trial on April 7, 2020; 20-cr-00011 is set for arraignment on February 27, 2020.

The Court conferenced the case with the prosecution and undersigned counsel on February 18, 2020. The parties discussed the ongoing nature of the prosecution's investigation into 18-CR-00054-KES with the expectation of further discovery and the new indictment, superseding indictment and attendant discovery production. In light of the recent developments, the defense requests a continuance in the trial dates. The prosecution is not in disagreement with the defendant's motion to continue.

Undersigned counsel has attached an affidavit of counsel in support of this motion.

1

```
                                        Steven Barros Pinto
                                        By his attorney,

                                        /s/ Hank Brennan
                                        Hank Brennan
                                        BBO # 634036
                                        20 Park Plaza, Suite 400
                                        Boston, MA 02116
                                        (617) 201-5977
February 24, 2020                       hb@hbjustice.com
```