```
                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NORTH DAKOTA
```

|                            |   |                       |
|----------------------------|---|-----------------------|
| UNITED STATES OF AMERICA   | ) |                       |
| v.                         | ) | No. 18-CR-00054-KES   |
| STEVEN BARROS PINTO        | ) |                       |

**<u>AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE TRIAL DATE</u>**

The undersigned affiant, counsel for the defendant states the following:

1. I am the under-signed counsel in the above entitled matter;

2. I have been retained to represent the defendant in the above matter;

3. On May 15, 2019, undersigned counsel filed a motion to appear pro hac vice, which was granted on May 16, 2019;

4. The defendant is charged with, among other offenses, conspiracy to possess with intent to distribute and distribute controlled substances and controlled substance analogues resulting in serious bodily injury and death.

5. This is a complicated and complex case that includes numerous cooperating witnesses, multiple co-defendants that have pled guilty and voluminous

1

     phone and computer records that span multiple factions of the alleged conspiracy.

6. Counsel has worked diligently to be prepared for the April 7, 2020 trial date.

7. On January 16, 2020, a new indictment issued against the defendant, 20-cr-00011. The trial date was set for March 10, 2020. On February 19, 2020, a superseding indictment issued charging the defendant with multiple counts of possession of a contraband in a correctional facility, obstruction of justice, and criminal contempt of court.

8. Given the recent history of an additional indictment, superseding indictment, new discovery, and expected further discovery relative to the prosecution's ongoing investigation, the defendant will need additional time to be adequately prepared for trial.

9. Undersigned counsel is available most of 2020 for trial and will be available for trial at the Court's convenience.

Signed under the pains and penalties of perjury, this 24th day of February, 2020.

                            /s/ Hank Brennan
                            Hank Brennan